**Order entered April 8, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00784-CR

### RUBEN LABRADA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75816-V**

## ORDER

We **REINSTATE** this appeal.

We abated because appellant notified the Court that the punishment charge was not in the clerk's record, was not on OnBase, and could not be located. In addition, the verdict from the guilt/innocence charge was missing. On March 31, 2022, a supplemental clerk's record was filed containing the missing charges and verdicts. The record now appears complete.

We **ORDER** appellant's brief due by May 9, 2022.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; and to counsel for all parties.

/s/    BILL PEDERSEN, III
        JUSTICE